UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MORIEO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-059 |
| | ) | |
| DR. VLASENKO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court previously denied *pro se* plaintiff Morieo Austin's request to pursue this case *in forma pauperis* and directed him to remit the required filing fee by May 20, 2024. Doc. 9. He has failed to comply with that instruction. *See generally* docket. Moreover, the Court's Order has been returned by the United States Post Office as undeliverable. Doc. 11. It, therefore, appears that Austin has failed to keep the Court apprised of his current address, as required by the Local Rules. *See* S.D. Ga. L. Civ. R. 11.1. Since he has failed to obey the Court's Order, failed to comply with the Local Rules, and failed to prosecute this case, it is **DISMISSED**.

1

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c). Austin's failure to prosecute this case and failure to respond to the Court's Order warrant dismissal. Accordingly, his Complaint is **DISMISSED** for failing to obey a court order, the Local Rules, and failing to prosecute his case. Doc. 1. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 31st day of May, 2024.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA